Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| ESTRELLA COMMERCIAL II, LLC <br><br> Recurrida <br><br> v. <br><br> ANCHOR FUNDING, INC. Y OTROS <br><br> Peticionaria | KLCE202500607 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan <br><br> Caso Núm.: K CD2012-0769 <br><br> Sobre: Cobro de Dinero y Ejecución de Prenda e Hipoteca |
| --- | --- | --- |

Panel integrado por su presidenta, la Jueza Rivera Marchand, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

*Martínez Cordero, jueza ponente*

## SENTENCIA
### (Archivo Administrativo)

En San Juan, Puerto Rico, a 25 de junio de 2025.

El 23 de julio de 2025, la parte peticionaria compareció ante nos mediante una *Moción informando paralización automática por radicación de petición de quiebra* en la que nos informa que, el 23 de junio de 2025, el Tribunal Federal de Quiebras emitió una Orden de Paralización Automática paralizando todo proceso judicial en el que esté envuelto Anchor Funding, Inc. Se acompañó copia de la orden de paralización emitida por el Tribunal de Quiebras, en el caso núm. 25-02813-11. Asimismo, nos solicita la paralización del caso de epígrafe.

En virtud de lo antes expuesto, se dicta Sentencia y decretamos la paralización de los procedimientos en el presente caso. Además, ordenamos que se considere el recurso de epígrafe terminado para fines estadísticos y nos reservamos expresamente su jurisdicción para decretar, a solicitud de parte, en la eventualidad de que la petición de quiebra sea denegada en cualquier momento

Número Identificador

SEN2025_____

con posterioridad a la fecha de la presente sentencia, se deje sin efecto la paralización automática, o de otra manera se emita un relevo (*Relief order)* que permita la reapertura.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones